Commonwealth ex rel. Neely, Appellant, *v.* Cavell.

Submitted April 11, 1966.

*Harry R. Neely,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.